UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SL FUS of HOUSTON, L.L.C., a/k/a SIGHTLINE of HOUSTON, L.L.C., a/k/a SIGHTLINE of HOUSTON, L.P., EHP, L.L.C., *et al.*, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-10-2066 |
| INSIGHTEC–TXSONICS, INC., a/k/a INSIGHTEC–IMAGE GUIDED TREATMENT, L.T.D., a/k/a INSIGHTEC, INC., *et al.*, | § § § § § | |
| Defendants. | § | |

# REMAND ORDER

For the reasons stated in the Court's Memorandum and Order signed October 8, 2010, it is hereby **ORDERED** that this case is **REMANDED** to the 125th Judicial District Court of Harris County, Texas, for lack of subject matter jurisdiction.

SIGNED at Houston, Texas, this **8th** day of **October, 2010.**

Nancy F. Atlas
United States District Judge